UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
CATON, MICHAEL STEVEN               §      Case No. 10-28359
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE UNITED STATES BANKRUPTCY COURT
        NORTHERN DISTRICT OF IL/EASTERN DIVISION
        219 S. DEARBORN STREET
        CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/11/2012 in Courtroom ,
        Will County Court Annex
        57 N. Ottawa
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2012               By: /s/ Bradley J. Waller
                                                          Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CATON, MICHAEL STEVEN | § | Case No. 10-28359 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.50 |
| and approved disbursements of | $ | 91.72 |
| leaving a balance on hand of[1] | $ | 29,908.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 7,500.10 | $ 0.00 | $ 7,500.10 |
| Trustee Expenses: BRADLEY J. WALLER | $ 280.40 | $ 0.00 | $ 280.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,780.50 |
| Remaining Balance | $ 22,128.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,056.05 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $ 29,056.05 | $ 0.00 | $ 22,128.28 |

Total to be paid to priority creditors     $ 22,128.28

Remaining Balance     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,677.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | K'Odak Mechanical, Inc. | $ 58,681.78 | $ 0.00 | $ 0.00 |
| 2 | Chase Bank USA, N.A. | $ 2,414.41 | $ 0.00 | $ 0.00 |
| 3 | Chase Bank USA, N.A. | $ 10,166.15 | $ 0.00 | $ 0.00 |
| 4U | Department of the Treasury | $ 22.00 | $ 0.00 | $ 0.00 |
| 5 | sallie mae | $ 871.99 | $ 0.00 | $ 0.00 |
| 6 | PNC BANK | $ 23,521.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1        User: tmaurer           Date Created: 10/12/2011
Case: 11−37244              Form ID: ntcftfc7       Total: 23

**Recipients of Notice of Electronic Filing:**
tr      Bradley J Waller    bjwtrustee@ksbwl.com
aty     John A Reed         barbf@thebankruptcylaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Hyung S Ko          3004 Serenity Lane    Naperville, IL 60564
jdb         Eun Hee Ko          3004 Serenity Lane    Naperville, IL 60564
17789789    American Express    P.O. Box 360001       Ft Lauderdale, FL 33336
17789790    Baker &Miller PC    29 N Wacker Drive     5th Floor    Chicago, IL 60606−2854
17789791    Bank of America     P. O. Box 15026       Wilmington, DE 19850
17789792    Chase       P.O. Box 15298       Wilmington, DE 19850−5298
17789793    Chase Automotive Finance    National Bankruptcy Department    201 N Central Ave    AZ1−1191    Phoenix, AZ 85004
17789794    Discover Card Services    P.O. Box 15192    Wilmington, DE 19850
17789795    Edward Hospital &Health Services    P.O. Box 5995    Peoria, IL 61601−5995
17789796    HSBC Card Services    P.O. Box 81622    Salinas, CA 93912−1622
17789797    Illinois Title Loan Inc    1720 Plainfield Road    Joliet, IL 60435
17789798    John A Reed    63 W Jefferson St    Joliet, IL 60435
17789799    Kevin M. Kelly, P.C.    Attorney At Law    10 E 22nd Street # 216    Lombard, IL 60148
17789800    Lake County Child Support    400 Broadway    Gary, IN 46402
17789801    Main Street Acquisition    3950 John Creek Court    Suwanee, GA 30024
17789802    Rachel Bolde    777 W Hwy 130    Hobart, IN 46342
17789803    Resurgence Financial LLC    4100 Commercial Ave    Northbrook, IL 60062
17789804    US Bank    P.O. Box 5229    Cincinnati, OH 45201
17789805    Wells Fargo Home Mortgage    PO Box 10335    Des Moines, IA 50306
17789806    Worldwide Asset Purchasing LLC    702 King Farm Blvd. #500    Rockville, MD 20850
17789807    Zenith Acquisition    170 N Pointe Parkway #300    Amherst, NY 14228−1884

TOTAL: 21