UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CATON, MICHAEL STEVEN § Case No. 10-28359
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/11/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2012                    By: /s/ Bradley J. Waller
                                                          Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: §
§
CATON, MICHAEL STEVEN § Case No. 10-28359
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,000.50 |
| and approved disbursements of | $ | 91.72 |
| leaving a balance on hand of[1] | $ | 29,908.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 7,500.10 | $ 0.00 | $ 7,500.10 |
| Trustee Expenses: BRADLEY J. WALLER | $ 280.40 | $ 0.00 | $ 280.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,780.50 |
| Remaining Balance | $ 22,128.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 29,056.05 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $ 29,056.05 | $ 0.00 | $ 22,128.28 |

Total to be paid to priority creditors $ 22,128.28

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,677.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | K'Odak Mechanical, Inc. | $ 58,681.78 | $ 0.00 | $ 0.00 |
| 2 | Chase Bank USA, N.A. | $ 2,414.41 | $ 0.00 | $ 0.00 |
| 3 | Chase Bank USA, N.A. | $ 10,166.15 | $ 0.00 | $ 0.00 |
| 4U | Department of the Treasury | $ 22.00 | $ 0.00 | $ 0.00 |
| 5 | sallie mae | $ 871.99 | $ 0.00 | $ 0.00 |
| 6 | PNC BANK | $ 23,521.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Notice Recipients

District/Off: 0752–1         User: tmaurer              Date Created: 10/12/2011
Case: 11–37244              Form ID: ntcftfc7          Total: 23

**Recipients of Notice of Electronic Filing:**
tr        Bradley J Waller        bjwtrustee@ksbwl.com
aty       John A Reed             barbf@thebankruptcylaw.com

                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Hyung S Ko          3004 Serenity Lane       Naperville, IL 60564
jdb        Eun Hee Ko          3004 Serenity Lane       Naperville, IL 60564
17789789   American Express    P.O. Box 360001          Ft Lauderdale, FL 33336
17789790   Baker &Miller PC    29 N Wacker Drive        5th Floor    Chicago, IL 60606–2854
17789791   Bank of America     P. O. Box 15026          Wilmington, DE 19850
17789792   Chase        P.O. Box 15298        Wilmington, DE 19850–5298
17789793   Chase Automotive Finance      National Bankruptcy Department     201 N Central Ave
           AZ1–1191       Phoenix, AZ 85004
17789794   Discover Card Services        P.O. Box 15192       Wilmington, DE 19850
17789795   Edward Hospital &Health Services       P.O. Box 5995     Peoria, IL 61601–5995
17789796   HSBC Card Services     P.O. Box 81622        Salinas, CA 93912–1622
17789797   Illinois Title Loan Inc     1720 Plainfield Road      Joliet, IL 60435
17789798   John A Reed         63 W Jefferson St        Joliet, IL 60435
17789799   Kevin M. Kelly, P.C.    Attorney At Law      10 E 22nd Street # 216     Lombard, IL 60148
17789800   Lake County Child Support    400 Broadway     Gary, IN 46402
17789801   Main Street Acquisition    3950 John Creek Court      Suwanee, GA 30024
17789802   Rachel Bolde        777 W Hwy 130        Hobart, IN 46342
17789803   Resurgence Financial LLC     4100 Commercial Ave       Northbrook, IL 60062
17789804   US Bank      P.O. Box 5229       Cincinnati, OH 45201
17789805   Wells Fargo Home Mortgage    PO Box 10335      Des Moines, IA 50306
17789806   Worldwide Asset Purchasing LLC      702 King Farm Blvd. #500     Rockville, MD 20850
17789807   Zenith Acquisition      170 N Pointe Parkway #300     Amherst, NY 14228–1884

                                                                     TOTAL: 21

United States Bankruptcy Court
Northern District of Illinois

In re:  
Hyung S Ko  
Eun Hee Ko  
    Debtors

Case No. 11-37244-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 3                  Date Rcvd: Apr 17, 2012
                              Form ID: pdf006             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2012.
```
db/jdb         +Hyung S Ko,    Eun Hee Ko,    3004 Serenity Lane,    Naperville, IL 60564-4639
17789789       +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
18017127        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17789790        Baker & Miller PC,    29 N Wacker Drive,    5th Floor,    Chicago, IL 60606-2854
17789792        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18032222        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17789795        Edward Hospital & Health Services,    P.O. Box 5995,    Peoria, IL 61601-5995
17942560        FIA CARD SERVICES, N.A.,    (Bank of America, N.A. USA),    (MBNA America Bank, N.A.),
                 PO Box 15102,    Wilmington, DE 19886-5102
17789796        HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
17789797       +Illinois Title Loan Inc,    1720 Plainfield Road,    Joliet, IL 60403-1953
17789798       +John A Reed,    63 W Jefferson St,    Joliet, IL 60432-4335
17789799      #+Kevin M. Kelly, P.C.,    Attorney At Law,    10 E 22nd Street # 216,    Lombard, IL 60148-6108
17789801       +Main Street Acquisition,    3950 John Creek Court,    Suwanee, GA 30024-1296
18091254        Main Street Acquisitions Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17789802       +Rachel Bolde,    777 W Hwy 130,    Hobart, IN 46342-9400
17789803        Resurgence Financial LLC,    1161 Lake Cook Road, #D,    Deerfield, IL 60015-5277
17789804      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,     P.O. Box 5229,    Cincinnati, OH 45201)
17789805       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
17789806       +Worldwide Asset Purchasing LLC,    702 King Farm Blvd. #500,    Rockville, MD 20850-5777
17976027        Worldwide Asset Purchasing II, LLC,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17789793       +E-mail/Text: BK.Notifications@jpmchase.com Apr 18 2012 01:21:41     Chase Automotive Finance,
                 National Bankruptcy Department,    201 N Central Ave AZ1-1191,    Phoenix, AZ 85004-1071
17789794        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2012 04:16:57     Discover Card Services,
                 P.O. Box 15192,    Wilmington, DE 19850
17921840        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 18 2012 04:16:57     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17789800       +E-mail/Text: bankruptcy@lakepros.org Apr 18 2012 01:38:45     Lake County Child Support,
                 400 Broadway,    Gary, IN 46402-1258
17789807       +E-mail/Text: zenith@ebn.phinsolutions.com Apr 18 2012 01:39:12     Zenith Acquisition,
                 170 N Pointe Parkway #300,    Amherst, NY 14228-1992
                                                                                              TOTAL: 5
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17789791      ##+Bank of America,    P. O. Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun              Page 2 of 3                Date Rcvd: Apr 17, 2012
                              Form ID: pdf006             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 3 of 3                  Date Rcvd: Apr 17, 2012
                               Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2012 at the address(es) listed below:
         Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
         John A Reed    on behalf of Debtor Hyung Ko barbf@thebankruptcylaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                    TOTAL: 3