# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KO, HYUNG S | § | Case No. 11-37244 |
| KO, EUN HEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRADLEY J. WALLER_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | MAIN STREET ACQUISITIONS CORP., ASS | | | | | |
| 000006 | WORLDWIDE ASSET PURCHASING II, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-37244 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | KO, HYUNG S | | | Date Filed (f) or Converted (c): | 09/13/11 (f) |
| | KO, EUN HEE | | | 341(a) Meeting Date: | 10/05/11 |
| For Period Ending: | 05/31/12 | | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors residence located at 3004 Serenity Lane, | 215,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Misc Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Spouses Checking Account with Chase Bank #9362 | 150.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Misc Goods & Furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Misc Books & Pictures | 150.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Misc Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Misc Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. 2006 Mercedes ML500 | 16,000.00 | 7,100.00 | | 7,100.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Misc Computer & Electronic Equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $233,050.00  $7,100.00  $7,100.02  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-37244   BB   Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | KO, HYUNG S | Date Filed (f) or Converted (c): | 09/13/11 (f) |
| | KO, EUN HEE | 341(a) Meeting Date: | 10/05/11 |
| | | Claims Bar Date: | 01/11/12 |

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-37244 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | KO, HYUNG S | | Bank Name: | The Bank of New York Mellon |
| | KO, EUN HEE | | Account Number / CD #: | *******9065 Money Market Account |
| Taxpayer ID No: | *******4614 | | | |
| For Period Ending: | 05/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/12 | 8 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | Per court order - 11-18-11<br>DEPOSIT CHECK #305148755 | 1129-000 | 3,100.00 | | 3,100.00 |
| 01/11/12 | 8 | First Midwest Bank | Per court order of 11-18-11<br>DEPOSIT CHECK #100248202 | 1129-000 | 4,000.00 | | 7,100.00 |
| 01/26/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 7,100.02 |
| 01/26/12 | | Transfer to Acct #*******5460 | Bank Funds Transfer | 9999-000 | | 7,100.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,100.02 | 7,100.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,100.02 | |
| Subtotal | 7,100.02 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,100.02 | 0.00 | |

Page Subtotals 7,100.02 7,100.02

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Case 11-37244  Doc 33  Filed 06/13/12  Entered 06/13/12 10:49:38  Desc Main
Document  Page 9 of 11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 11-37244 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | KO, HYUNG S | Bank Name: | Congressional Bank |
|  | KO, EUN HEE | Account Number / CD #: | *******5460  Checking Account |
| Taxpayer ID No: | *******4614 |  |  |
| For Period Ending: | 05/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******9065 | Bank Funds Transfer | 9999-000 | 7,100.02 |  | 7,100.02 |
| 05/11/12 | 001001 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,460.00 | 5,640.02 |
| 05/11/12 | 001002 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Expenses | 2200-000 |  | 90.90 | 5,549.12 |
| 05/11/12 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.18829% | 7100-000 |  | 826.85 | 4,722.27 |
| 05/11/12 | 001004 | FIA CARD SERVICES, N.A.<br>(Bank of America, N.A. USA)<br>(MBNA America Bank, N.A.)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 6.18829% | 7100-000 |  | 316.50 | 4,405.77 |
| 05/11/12 | 001005 | FIA CARD SERVICES, N.A.<br>(Bank of America, N.A. USA)<br>(MBNA America Bank, N.A.)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 6.18826% | 7100-000 |  | 764.87 | 3,640.90 |
| 05/11/12 | 001006 | FIA CARD SERVICES, N.A.<br>(Bank of America, N.A. USA)<br>(MBNA America Bank, N.A.)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000004, Payment 6.18836% | 7100-000 |  | 321.19 | 3,319.71 |
| 05/11/12 | 001007 | FIA CARD SERVICES, N.A. | Claim 000005, Payment 6.18823% | 7100-000 |  | 522.02 | 2,797.69 |

Page Subtotals       7,100.02       4,302.33

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-37244 -BB |
| Case Name: | KO, HYUNG S |
| | KO, EUN HEE |
| Taxpayer ID No: | *******4614 |
| For Period Ending: | 05/31/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5460  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/11/12 | 001008 | (Bank of America, N.A. USA)<br>(MBNA America Bank, N.A.)<br>PO Box 15102<br>Wilmington, DE 19886-5102<br>Worldwide Asset Purchasing II, LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 6.18828% | 7100-000 | | 1,590.17 | 1,207.52 |
| 05/11/12 | 001009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 6.18824% | 7100-000 | | 638.40 | 569.12 |
| 05/11/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 6.18831% | 7100-000 | | 199.20 | 369.92 |
| 05/11/12 | 001011 | Main Street Acquisitions Corp., assignee<br>of HSBC CARD SERVICES (III) INC.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 6.18824% | 7100-000 | | 369.92 | 0.00 |
| | | | | Page Subtotals | 0.00 | 2,797.69 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-37244 -BB |
| Case Name: | KO, HYUNG S |
| | KO, EUN HEE |
| Taxpayer ID No: | *******4614 |
| For Period Ending: | 05/31/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5460  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,100.02 | 7,100.02 | 0.00 |
| Less: Bank Transfers/CD's | 7,100.02 | 0.00 | |
| Subtotal | 0.00 | 7,100.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,100.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********9065 | 7,100.02 | 0.00 | 0.00 |
| Checking Account - ********5460 | 0.00 | 7,100.02 | 0.00 |
| | 7,100.02 | 7,100.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*